**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ILADA MUNCK,

                Plaintiff,

   -against-                                      23 **CIVIL 9188 (LAP**)

                                                          **JUDGMENT**

SIMONS FOUNDATION, DENISE DUNLEAVY,
MONIKA LENARD, AND ELISA NIKOLOULIAS,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 26, 2024, Defendants' motion to dismiss, (dkt. no. 16), is GRANTED. Counts I and II are dismissed with prejudice. Because the Court declines to exercise supplemental jurisdiction over the remaining state-and city-law claims, the Court dismisses them without prejudice to renewal in a state court of competent jurisdiction. Accordingly, the case is closed.

**Dated:**  New York, New York

      September 26, 2024

                                                         **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                          **BY:**
                                         _____
                                            **Deputy Clerk**